Argued and submitted April 28, fine vacated; order otherwise affirmed May 11, 1988

# FRANK SOUZA,
*Petitioner,*

*v.*

# OREGON STATE PENITENTIARY,
*Respondent.*

(08-87-206; CA A45727)

754 P2d 34

■■■■■■■■■■■■■■■■■■■■■■■■

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Jan Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

■■■■■■■■■■■■■■■■■■■■■■■■

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary which found him guilty of violating a prison disciplinary rule prohibiting possession of narcotics. He contends that there was not sufficient evidence to support the finding of guilty and that the fine imposed was not authorized. There is sufficient evidence to support the finding. However, the fine is invalid. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; order otherwise affirmed.